ANN MILLER RAVEL, County Counsel (S.B. #62139)
LISA HERRICK, Deputy County Counsel (S.B. #157115)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900

**E-filed 12/8/05**

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM HICKS-BURNS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, PROBATION DEPARTMENT OF THE COUNTY OF SANTA CLARA, JOHN CAVALLI, individually and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | No.   C05-01188 JF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ENTRY OF JUDGMENT AND ORDER** |

## STIPULATION

IT IS HEREBY STIPULATED by and between plaintiff, Kim Hicks-Burns, and defendants, County of Santa Clara, Probation Department of the County of Santa Clara and John Cavalli, through their undersigned counsel, that the entire action be dismissed with prejudice as to all defendants pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

IT IS FURTHER STIPULATED THAT the Court shall direct the clerk to enter judgment dismissing the entire action with prejudice.

//

//

//

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation for Dismissal with Prejudice and
Entry of Judgment and Order                                 1                                 C05-01188 JF

IT IS FURTHER STIPULATED THAT each party shall bear its own costs and attorneys' fees.

Dated: 11/30, 2005

_____
CHARLES A. BONNER
Attorney for Plaintiff

Dated: nov 26, 2005

_____
LISA HERRICK
Deputy County Counsel

Attorneys for Defendants

## ORDER

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The entire action be dismissed with prejudice as to all defendants pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

2. The clerk shall enter judgment dismissing the entire action with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

Dated: 12/8/05

Jeremy Fogel /s/electronic signature authorized
_____
JUDGE OF THE DISTRICT COURT

S:\Main\Litigation\Green, Michael\Pleadings\Dismissal_Hicks-Burns C05-01188JF.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation for Dismissal with Prejudice and
Entry of Judgment and Order                    2                    C05-01188 JF